**United States District Court**
**Central District of California**
**Eastern Division**

Jared R. Gagne,

                Plaintiff,

        v.

Velex, Inc. et al.,

              Defendants.

EDCV 16-2-VAP (KKx)

**Order to Show Cause Re:**
**Subject Matter Jurisdiction**

Plaintiff filed this case in this court on January 2, 2016, on the basis of diversity jurisdiction.  (See Doc. No. 1 ("Complaint").)  District courts have diversity jurisdiction over a case where, inter alia, the matter in controversy exceeds the sum or value of $75,000.  See 28 U.S.C. § 1332(a).

Plaintiff's Complaint does not allege a specific amount in controversy. (See Complaint.)  Plaintiff was hired on or about August 6, 2014.  Complaint at ¶ 9.)  Plaintiff alleges he received $6,667.00 per month in salary and alternatively alleges he received $1,538.46 weekly in salary.  (Id. at ¶ 10.) Plaintiff was terminated on September 10, 2015.  (Id. at ¶ 9.)  Since that time, four months have passed, and Plaintiff's claim for lost wages is approximately $26,668.00.  Plaintiff also did not include his claim any lost wages in his prayer for relief, instead only requesting "payment of earned wages, overtime compensation, rest period penalties, and waiting time compensation."  (Complaint at 12.)

The Court is not convinced the amount-in-controversy requirement is met.  When the court questions the amount in controversy, "both sides submit proof and the court decides, by a preponderance of the evidence, whether the amount-in-controversy requirement has been satisfied."  Dart Cherokee Basin Operating Co. LLC v. Owens, 135 S. Ct. 547, 554 (2014).

Accordingly, the Court issues this Order to Show Cause Re Subject Matter Jurisdiction.  The parties must respond, in writing, by February 5, 2016 with evidence that the amount-in-controversy requirement is met.

**IT IS SO ORDERED.**

Dated:    1/19/16                            _____
                                            Virginia A. Phillips
                                            United States District Judge

2