# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| Jared R. Gagne,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Velex, Inc. et al.,<br><br>　　　　　　Defendants. | EDCV 16-2-VAP (KKx)<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO SERVE** |

　　Plaintiff filed a Complaint against Defendant on January 2, 2016.  (See Doc. No. 1.)  Plaintiff filed an amended complaint on February 4, 2016.  (Doc. No. 10.)

　　To date, no Proof of Service has been filed indicating that Defendants have been served.  Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff must serve summons and complaint on all named defendants within 90 days of filing.[1]  Accordingly, the Court ORDERS Plaintiffs to show cause, in writing, no later than May 26, 2016, why the Complaint should not be dismissed without prejudice for failure to prosecute.

---

[1] On December 1, 2015, the time limit for service was changed from 120 days to 90 days under Rule 4(m).  This case was filed after the effective date of the rule change, and the Court therefore applies the 90 day time limit in effect on the date the action was filed.

**IT IS SO ORDERED.**

Dated: 5/12/16

Virginia A. Phillips
United States District Judge